## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

September 26, 2007

## LETTER ORDER

**Re:** Metex Manufacturing Corp. v. Manson Environmental Corp. and Ian Manson
Civil Action No. 05-2948 (HAA)

Counsel:

The Court has reviewed Defendants' September 18, 2007 letter requesting permission to file a sur-reply by September 28, 2007. Defendants' request is **GRANTED**. Defendants will be permitted to file a sur-reply not to exceed five pages no later than **Friday September 28, 2007**. Furthermore, Defendants' sur-reply may only address new arguments raised in Plaintiff's reply.

**SO ORDERED**.

                                                  s/Esther Salas
                                                  **UNITED STATES MAGISTRATE JUDGE**